# EXHIBIT A



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

HORIZON BLUE SHIELD
PO BOX 1301
NEPTUNE, NJ 07754-1301

| | PICA | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE (Medicare #) ☐ | MEDICAID (Medicaid #) ☐ | TRICARE (ID#/DoD#) ☐ | CHAMPVA (Member ID#) ☐ | GROUP HEALTH PLAN (ID#) ☐ | FECA BLK LUNG (ID#) ☐ | OTHER (ID#) ☒
1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): J____, S____
3. PATIENT'S BIRTH DATE: [redacted]  SEX: F ☒
4. INSURED'S NAME: J____, S____

5. PATIENT'S ADDRESS (No., Street): 9 ROBERT COURT
CITY: WEST ORANGE   STATE: NJ
ZIP CODE: 07052   TELEPHONE: ( )

6. PATIENT RELATIONSHIP TO INSURED: Self ☒
7. INSURED'S ADDRESS: [redacted]
CITY: WEST ORANGE   STATE: NJ
ZIP CODE: 07052   TELEPHONE: ( )

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME:
a. OTHER INSURED'S POLICY OR GROUP NUMBER:
b. RESERVED FOR NUCC USE
c. RESERVED FOR NUCC USE
d. INSURANCE PLAN NAME OR PROGRAM NAME:

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? NO ☒
b. AUTO ACCIDENT? NO ☒
c. OTHER ACCIDENT? NO ☒
10d. CLAIM CODES:

11. INSURED'S POLICY GROUP OR FECA NUMBER:
a. INSURED'S DATE OF BIRTH: [redacted]   SEX: F ☒
b. OTHER CLAIM ID:
c. INSURANCE PLAN NAME OR PROGRAM NAME:
d. IS THERE ANOTHER HEALTH BENEFIT PLAN?

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: Signature on File    DATE: 11/03/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP):
15. OTHER DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE:
17a.
17b. NPI:

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:

19. ADDITIONAL CLAIM INFORMATION:

20. OUTSIDE LAB? $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.   ICD Ind. 0
A. N62   B.   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE: ORIGINAL REF. NO.:
23. PRIOR AUTHORIZATION NUMBER: UM46040140

24.

| A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 16 23 | | 22 | | 19318 | 50  80 | A | 150000 00 | 1 | | NPI | 1154527141 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 833106529   SSN EIN: ☒
26. PATIENT'S ACCOUNT NO.: 500005412-1/BS
27. ACCEPT ASSIGNMENT?: YES ☒
28. TOTAL CHARGE: $ 150000 00
29. AMOUNT PAID: $ 0 00
30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS:
SCHNEIDER, LISA MD
SIGNED    DATE: 11/03/2023

32. SERVICE FACILITY LOCATION INFORMATION:
HUDSON REGIONAL HOSPITAL
55 MEADOWLANDS PARKWAY
SECAUCUS, NJ 07094-2977
a. 1710491253   b.

33. BILLING PROVIDER INFO & PH. # ( )
ROWE PLASTIC SURGERY OF NJ LLC
89 VALLEY ROAD
MONTCLAIR, NJ 07042-2212
a. 1407312507   b.

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB 0938-1197 FORM 1500 (02-12)
WCMS-1500CS-12

# EXHIBIT B

**Leading Edge Administrators**
14 WALL ST STE 5B
NEW YORK NY 10005-2113

# Provider Remittance Summary

**Forwarding Service Requested**

```
*******************ALL FOR AADC 07099
PB-MSP-41-ENV 3655                    13
ROWE PLASTIC SURGERY OF N
89 VALLEY RD
MONTCLAIR NJ 07042-2212
```

### Customer Care Information
If you have any questions regarding this claim, please contact Valenz Health's dedicated team at **877-208-5952**

**Group:** CHS Employee Group LLC DBA YesCare
**Group #:** CHSEG

**Date:** 10/23/2023
**Patient Acct #:** [redacted]

**Claim #:** 223-0000929509-00
**Patient:** S[redacted] J[redacted]
**Provider:** Rowe Plastic Surgery Of N
**Enrollee:** James
**Enrollee ID:** [redacted]

| # | Dates of Service | Procedure Code | Charged Amount | Not Covered | Reason Code | Provider Discount | Allowable Amount | Deductible Amount | Co-Pay Amount | Co-Insurance | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 08/16-08/16/2023 | 19318 | $150,000.00 | $0.00 | 987 | $0.00 | $293.92 | $293.92 | $0.00 | $0.00 | $0.00 |
| | **Column Totals** | | $150,000.00 | $0.00 | | $0.00 | $293.92 | $293.92 | $0.00 | $0.00 | $0.00 |

**Patient's Responsibility:** $293.92

**Other Carrier Adjustment:** $0.00
**Total Payment Amount:** $0.00

### Procedures
| Code | Description |
|---|---|
| 19318 | Breast reduction |

### Remarks
| Code | Description |
|---|---|
| 987 | Member held harmless non-participating provider. If the provider disagrees with the qualified payment amount remitted, then the provider should contact Leading Edge Administrators at NSANegotiations@leadingedgeadmin.com |

### Additional Information
We have selected Pay-Plus Solutions as our ePayment vendor to assist us in quickly transferring payment as well as complying with PPACA Section 1104. To sign up for ePayments using ACH or Credit Card, as well as electronic EOB's (835, Excel, PDF) please visit www.PPSONLINE.COM, email membership@ppsonline.com, or call Pay-Plus' Membership Services at 1-877-828-8834.

# EXHIBIT C

**IDR dispute status:** Payment Determination Made
**IDR reference number:** DISP-884612

Federal Hearings and Appeals Services, Inc. has reviewed your Federal Independent Dispute Resolution (IDR) dispute with reference number **DISP-884612** and has determined that ROWE PLASTIC SURGERY OF NJ LLC is the prevailing party in this dispute.

After considering all permissible information submitted by both parties, Federal Hearings and Appeals Services, Inc. has determined that the out-of-network payment amount of **$112,500.00** offered by ROWE PLASTIC SURGERY OF NJ LLC is the appropriate out-of-network rate for the item or service 19318 on claim number 223-0000929509-00 under this dispute.

Federal Hearings and Appeals Services, Inc. based this determination on a review of the following:

ROWE PLASTIC SURGERY OF NJ LLC submitted an offer of $112,500.00

Leading Edge Administrators submitted an offer of

For each of the following determination factors, an "x" in the Initiating Party and/or Non-Initiating Party column means the party provided supporting information.

|   | Additional Circumstances | Initiating Party | Non-Initiating Party |
|---|---|---|---|
| 1 | The level of training, experience, and quality and outcomes measurements of the provider or facility that furnished such item or service (such as those endorsed by the consensus-based entity authorized in section 1890 of the Social Security Act) | | |
| 2 | The market share held by the nonparticipating provider or facility or that of the plan or issuer in the geographic region in which the item or service was provided | | |
| 3 | The acuity of the individual receiving such item or service or the complexity of furnishing such item or service to such individual | | |
| 4 | The teaching status, case mix, and scope of services of the nonparticipating facility that furnished such item or service | | |
| 5 | Demonstrations of good faith efforts (or lack of good faith efforts) made by the disputing parties to enter into network agreements and, if applicable, contracted rates between the disputing parties during the previous 4 plan years | | |
| 6 | Additional information submitted by a party | | |

**Final Determination Rationale**

After a complete and careful consideration of the totality of the evidence as promulgated in 45 CFR 149.510(c)(4) which does not include information on the prohibited factors described in 45 CFR

149.510(c)(4)(v), and after applying the No Surprises Act statutory provisions, ROWE PLASTIC SURGERY OF NJ LLC's offer best represents the value of the services that are the subject of this unique payment determination.

FHAS found that the Prevailing Party's offer best represents the value of the out-of-network service(s) due to the submitted, credible information for the following factors:

· Single offer and single fee received

**Please note that while all factors are reviewed as required under 45 CFR 149.510(c)(4), the submitted evidence and information associated with the aforementioned factors demonstrated the prevailing party's offer best represents the value of the out-of-network service(s) in this particular case.**

**Next Step:**

If any amount is due to either party, it must be paid **not later than 30 calendar days** after the date of this notification, as follows:

• **A plan, issuer, or Federal Employees Health Benefits (FEHB) Program carrier owes a payment to a non-participating provider or facility** when the amount of the offers selected by the certified IDR entity exceeds the sum of 1) any initial payment the plan, issuer, or FEHB carrier has paid to the non-participating provider or facility and 2) any cost sharing paid or owed by the participant, beneficiary, or enrollee.

• **A non-participating provider or facility owes a refund to a plan, issuer or FEHB carrier** when the offer selected by the certified IDR entity is less than the sum of 1) any initial payment the plan, issuer, or FHHB carrier has paid to the non-participating provider or facility and 2) any cost sharing paid by the participant, beneficiary, or enrollee.

**NOTE:** The non-prevailing party is ultimately responsible for the certified IDR entity fee, which is retained by the certified IDR entity for the services performed. Federal Hearings and Appeals Services, Inc. has determined that Leading Edge Administrators is the non-prevailing party in DISP-884612 and is responsible for paying the certified IDR entity fee. The certified IDR entity fee that was paid by the prevailing party will be returned to ROWE PLASTIC SURGERY OF NJ LLC by the certified IDR entity within 30 business days of the date of this notification.

Pursuant to the Federal Employees Health Benefits Act at 5 U.S.C. 8902(p), Internal Revenue Code sections 9816(c)(5)(E) and 9817(b)(5)(D), Employee Retirement Income Security Act sections 716(c)(5)(E) and 717(b)(5)(D), and Public Health Service Act sections 2799A-1(c)(5)(E) and 2799A-2(b)(5)(D), and their

implementing regulations at 5 CFR 890.114, 26 CFR 54.9816–8T (c)(4)(vii), 29 CFR 2590.716-8(c)(4)(vii) and 45 CFR 149.510(c)(4)(vii), this determination is legally binding unless there is fraud or evidence of intentional misrepresentation of material facts to the certified IDR entity by any party regarding the dispute.

The party that initiated the Federal IDR Process may not submit a subsequent Notice of IDR Initiation involving the same other party with respect to a claim for the same or similar item or service that was the subject of this dispute during the 90-calendar-day suspension period following the date of this email, also referred to as the "cooling off" period.

If the initiating party was a provider, the provider is identified by the National Provider Identifier (NPI) or Taxpayer Identification Number (TIN). During the cooling off period, the provider may not submit a subsequent Notice of IDR Initiation involving the same non-initiating party with respect to a claim billed under the same NPI or TIN for the same or similar item or service.

The initiating party with respect to dispute number DISP-884612 was ROWE PLASTIC SURGERY OF NJ LLC. The initiating party's TIN is 833106529. The non-initiating party was Leading Edge Administrators. The 90-calendar day cooling off period begins on February 27, 2024 . Please retain this information for your records.

If the end of the open negotiation period for such an item or service falls during the cooling off period, either party may submit a Notice of IDR Initiation within 30 business days following the end of the cooling off period, as opposed to the standard 4-business-day period following the end of the open negotiation period. This 30-business-day period begins on the day after the last day of the cooling off period.

**Resources**
Visit the No Surprises website for additional IDR resources.

**Contact information**
For questions, contact Federal Hearings and Appeals Services, Inc.. Include your IDR Reference number referenced above.

Thank you,

Federal Hearings and Appeals Services, Inc.

*Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message.*

# EXHIBIT D

or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to JGreenspan@Gottliebandgreenspan.com or by telephone at 201-644-0891 and then delete the message and its attachments from your computer. Thank you.

---

**From:** Denise Molina <dMolina@leadingedgeadmin.com>
**Sent:** Thursday, April 11, 2024 2:53 PM
**To:** James Greenspan <jgreenspan@gottliebandgreenspan.com>
**Subject:** Rowe Plastic Surgery (S J▆▆▆)

Hello Mr. Greenspan,

Sorry I missed your phone call, but I wanted to let you know that after speaking to the account manager she shared with us that this is NOT a covered benefit. What's even more interesting is that I called Rowe Plastic surgery, and the biller Kemar knew that this did not qualify for NSA.

No one would be able to deem this qualifying for NSA without plan language because these are self-funded groups.

I am providing snap shots for you to look at. As far as this case goes the member has full responsibility of these charges and it seems like the billing team will work with the member. This would not even go towards the members deductible because it is NOT a covered service.

Please see below.



**CHS Employee Group, LLC DBA: YesCare**
**Employee Benefit Summary – Smart Premium Choice Plan**
**Network: National PPO (BlueCard PPO) Network**
**Effective Date: 08/01/2023**

| | | |
|---|---|---|
| Inpatient BH/SA | Botulinum Toxin – Review for Migraine Use Only | Azacitidine (Vidaza) |
| Electric Convulsive Therapy (ECT) | Home Health Services | Bevacizumab (Avastin) – Review for Non-Eye Only |
| Intensive Outpatient Therapy | Home Hospice | Bortezomib (Velcade) |
| Partial Hospitalization (PHO) | Hyperbaric Oxygen Therapy (Systemic/Topical) | Etanercept (Enbrel) |
| Residential Care (RTC) | Coronary CT Angiography (CCTA) | Fulvestrant (Faslodex) |
| Psychological testing | Coronary MRA | Immune Globulin (Intravenous) |
| Genetic Counseling | Cardiac MRI | Infliximab (Remicade) |
| | MRA of the Head and/or Neck | Ipilimumab (Yervoy) |
| | MRI of the Brain | Nivolumab (Opdivo) |
| | MRI of the Spine – Cervical, Thoracic, Lumbar, Sacral | Paclitaxel (Abraxane Only) |
| | PET Scan | Panitumumab (Vectibix) |
| | Physical/Occupational/Speech Therapy | Pembrolizumab (Keytruda) |
| | | Pemetrexed (Alimta) |
| | | Rituximab (Rituxan) – Review for Non-Oncology Diagnosis/Treatment Only |

**Exclusions**
In addition to exclusions listed in the document, the following services are excluded from coverage under the Plan

| | |
|---|---|
| Abortion – Elective | Halfway house / Home – (Non-healthcare residential facility) |
| Alternative Medicine/homeopathy | Long-Term Care |
| Aquatic Therapy | Massage Therapy |
| Arch supports (supportive shoe inserts) | Non-Emergency Care outside the U.S. |
| Biofeedback | Orthopedic Shoes/ orthopedic inserts – Non-diabetic |
| Cosmetic Surgery (exclusion does not apply to breast reconstruction post-mastectomy) | Routine Eye Care (Adult) and Child except ACA allowed |
| Custodial Care | Self-Inflicted unless result of medical condition |
| Dental Care (Routine) Adult and Child except ACA allowed | TMJ Treatment and Appliances |
| Gene/Cellular Therapy | Vision Exam and Hardware |
| Growth Hormone Therapy | Weight Loss Programs |

---

**MEDICALLY NECESSARY:**
Care, supplies, or equipment not Medically Necessary, as determined by us, for the treatment of an Injury or illness. This includes, but is not limited to, care which does not meet Our medical policy, clinical coverage guidelines, or benefit policy guidelines.

Vitamins, minerals and food supplement, as well as vitamin injections not determined to be medically necessary in the treatment of a specific illness. Nutritional supplements; services, supplies and/or nutritional sustenance products (food) related to enteral feeding, **except when determined to be medically necessary.**

Services for Hospital confinement primarily for diagnostic studies.

Cosmetic Surgery, reconstructive surgery, pharmacological services, nutritional regimens or other services for beautification, or treatment relating to the consequences of, or as a result of, Cosmetic Surgery, except for reconstructive surgery following a mastectomy or when medically necessary to correct damage caused by an accident, an injury or to correct a congenital defect.

MISCELLANEOUS:

Thank you,

*Denise Molina*

**Manager Shared Savings**



**dmolina@leadingedgeadmin.com**

**(212) 278-0754 ext. 5018**

4631 Woodland Corporate Blvd. Ste 310

Tampa FL 33614

"Success is best when it's shared."

**CONFIDENTIALITY NOTICE:** *This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.*

# EXHIBIT E




**LEADING EDGE ADMINISTRATORS**

Leading Edge Administrators
14 WALL ST STE 5B
NEW YORK NY 10005-2113

# Provider Remittance Summary [-CC]

**Forwarding Service Requested**

```
****************ALL FOR AADC 07099
PB-MSP-42-ENV 5721                16
ROWE PLASTIC SURGERY OF N
89 VALLEY RD
MONTCLAIR NJ 07042-2212
```

**Customer Care Information**

If you have any questions regarding this claim, please contact Valenz Health's dedicated team at 877-208-5952

**Group:** CHS Employee Group LLC DBA YesCare
**Group #:** CHSEG

**Date:** 04/23/2024
**Patient Acct #:** [redacted]

**Claim #:** 223-0000891395-04
**Patient:** S— J—
**Provider:** Rowe Plastic Surgery Of N
**Enrollee:** James
**Enrollee ID:** J2D1003159LE

| | Dates of Service | Procedure Code | Charged Amount | Not Covered | Reason Code | Provider Discount | Allowable Amount | Deductible Amount | Co-Pay Amount | Co-Insurance | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 08/16-08/16/2023 | 19318 | $150,000.00 | $150,000.00 | 47 | $0.00 | $150,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Column Totals | | $150,000.00 | $150,000.00 | | $0.00 | $150,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Patient's Responsibility:** $150,000.00

**Other Carrier Adjustment** $0.00
**Total Payment Amount** $0.00

**Procedures**

| Code | Description |
|---|---|
| 19318 | Breast reduction |

**Remarks**

| Code | Description |
|---|---|
| 47 | Service not covered under plan |

**Additional Information**

We have selected Pay-Plus Solutions as our ePayment vendor to assist us in quickly transferring payment as well as complying with PPACA Section 1104. To sign up for ePayments using ACH or Credit Card, as well as electronic EOB's (835, Excel, PDF) please visit www.PPSONLINE.COM, email membership@ppsonline.com, or call Pay-Plus' Membership Services at 1-877-828-8834.



**Leading Edge Administrators**
14 WALL ST STE 5B
NEW YORK NY 10005-2113

## Provider Remittance Summary [-CC]

**Forwarding Service Requested**

| Customer Care Information |
|---|
| If you have any questions regarding this claim, please contact Valenz Health's dedicated team at 877-208-5952 |

1 b

ROWE PLASTIC SURGERY OF N
89 VALLEY RD
MONTCLAIR NJ 07042

Group: CHS Employee Group LLC DBA YesCare
Group #: CHSEG

Date: 04/23/2024
Patient Acct #: ▓▓▓

Claim #: 223-0000929509-02        Provider: Rowe Plastic Surgery Of N
Patient: S▓▓▓ J▓▓▓        Enrollee: James        Enrollee ID: ▓▓▓

| | Dates of Service | Procedure Code | Charged Amount | Not Covered | Reason Code | Provider Discount | Allowable Amount | Deductible Amount | Co-Pay Amount | Co-Insurance | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 08/16-08/16/2023 | 19318 | $150,000.00 | $150,000.00 | 47 | $0.00 | $150,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Column Totals | | $150,000.00 | $150,000.00 | | $0.00 | $150,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Patient's Responsibility:** $150,000.00

Other Carrier Adjustment   $0.00
Total Payment Amount   $0.00

**Procedures**

| Code | Description |
|---|---|
| 19318 | Breast reduction |

**Remarks**

| Code | Description |
|---|---|
| 47 | Service not covered under plan |

**Additional Information**

We have selected Pay-Plus Solutions as our ePayment vendor to assist us in quickly transferring payment as well as complying with PPACA Section 1104. To sign up for ePayments using ACH or Credit Card, as well as electronic EOB's (835, Excel, PDF) please visit www.PPSONLINE.COM, email membership@ppsonline.com, or call Pay-Plus' Membership Services at 1-877-828-8834.

**EXHIBIT F**

OPERATIVE REPORT

DOS: 8/16/23

NAME: J▮▮▮▮, S▮▮▮▮

DOB: 10/17/67

LOCATION: Hudson Regional Hospital

MRN: ▮▮▮▮▮▮▮

PREOPERATIVE DIAGNOSIS: Bilateral macromastia

POSTOPERATIVE DIAGNOSIS: Bilateral macromastia

PROCEDURE PERFORMED: Bilateral breast reduction

SURGEON: Sergio Perez, DO

ASSISTANT: Lisa Schneider, MD

ADDITIONAL ASSISTANT: Caitlin Cleary-Lynch , PA-C

ANESTHESIA: General anesthesia.

ESTIMATED BLOOD LOSS: 100 mL.

SPECIMENS: Right and left breast tissue.

COMPLICATIONS: None.

INDICATIONS OF PROCEDURE: The patient is a 55-year-old female with a history of chronic neck and lower back pain that has been unrelieved by medical treatments. She desires a bilateral breast reduction. I discussed the risks, benefits, and alternatives of the procedure with her including, but not limited to, nipple-areolar ischemia and/or necrosis, bleeding, infection, injury to the surrounding structures, scarring, widening of the scars, standing cutaneous deformity, asymmetry, contour irregularities, as well as the need for revision. The patient expressed understanding and wishes to proceed.

PROCEDURE IN DETAIL: The patient was marked in the preoperative holding area for a Wise pattern superomedial pedicle breast reduction. She was then brought back to the main operating room and placed supine on the operating table. All pressure points were padded. Bilateral lower extremity sequential compression devices were placed. General anesthesia was induced successfully. She was prepped and draped in the usual sterile fashion. Local anesthetic was infiltrated along the preoperative markings. Preoperative antibiotics were given. A time-out was performed and everyone was in agreement.

A 38mm cookie cutter was used to define the new areolar size and an 8cm wide superomedial pedicle was marked out. Incisions were made around the superomedial pedicles as well as along the skin markings that were made in the preoperative holding area. The incisions were deepened with electrocautery. The parenchymal resection was then performed on the superolateral and inferior

aspects of each breast. The right and left breast tissues were passed off the field. The bilateral breasts were then tailor tacked with staples and the patient was then sat up to determine if the breasts were symmetrical. Once symmetry was ensured, she was laid flat. The breasts were opened up and meticulous hemostasis was achieved with electrocautery. Exparel was injected in the subfascial plane of the pectoralis major for postoperative pain control.. The deep dermal and subcuticular layers were closed with a 3-0 and 4-0 Monocryl. The incisions were dressed with Prineo and dry dressings secured with a surgical bra.

The patient was awakened successfully in stable condition and transferred to the PACU in stable condition. All counts were correct.

_____

Sergio Perez, DO