# EXHIBIT A

| | |
|---|---|
| **From:** | IDRE <IDRE@fhas.com> |
| **Sent:** | Wednesday, December 4, 2024 12:11 PM |
| **To:** | arbs@gottliebandgreenspan.com; nsanegotiations@leadingedgeadmin.com |
| **Subject:** | Closed (Ineligible) |

**IDR dispute status:** Closed (Ineligible)
**IDR reference number:** DISP-884612

Federal Hearings and Appeals Services, Inc. (FHAS) has reviewed the objection made by the non-initiating party states a valid reason for the ineligibility and subsequent closure of DISP-884612. The non-initiating party made the following objection:

• Service denied on reprocessed claim.

As the case is ineligible, the IDRE entity fee will be refunded. If you believe that the case has been incorrectly determined ineligible, please provide a statement, as well as the required information, as to how the case is, in fact, eligible. Please email any questions or issues to IDRE@fhas.com.

**Resources**
Visit the No Surprises website for additional IDR resources.

**Contact information**
For questions, contact FHAS at IDRE@fhas.com.

Thank you,
**FHAS**
**IDRE ID: IDREApp-107**


The No Surprises Act establishes a Federal independent dispute resolution (IDR) process for payment disputes between plans and issuers, and providers, facilities, or providers of air ambulance services that may seek a determination from an independent third party certified by the Departments of Health and Human Services, Labor, and the Treasury (the Departments).

The Departments have certified FHAS (IDREApp-107) as a certified IDR entity to make this independent determination.

If you have questions, email:
IDRE@fhas.com

Federal No Surprises Help Desk:
1-800-985-3059
Or visit:

https://www.cms.gov/nosurprises