# GOTTLIEB & GREENSPAN

| | |
|---|---|
| Joseph G. Devine, Jr., Esquire | Kristina Brennan - Paralegal |
| Phone: (201) 644-0894 | Phone: (201) 644-0895 |
| Fax: (201) 465-3143 | Fax: (201) 465-3033 |
| jdevine@gottliebandgreenspan.com | kbrennan@gottliebandgreenspan.com |

December 26, 2024

**Via ECF**
Honorable Jamel K. Semper
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**SO ORDERED.**

**/s/ Jamel K. Semper**
**HON. JAMEL K. SEMPER**
**United States District Judge**

**December 27, 2024**

**RE**:    Rowe Plastic Surgery of NJ LLC v. Aetna Life Insurance Company
Docket No.:    2:24-cv-09533-JKS-MAH

Dear Judge Semper,

This firm represents the Plaintiff in the above-captioned matter.  On December 12, 2024, Defendant filed a Motion to Dismiss the Amended Complaint in this matter.  After Plaintiff filed a Rule 7.1(d)(5) letter for an automatic extension, the current return date on the Motion to Dismiss is January 21, 2025.  Plaintiff is hereby requesting an adjournment of one additional cycle which, if granted, would push the new return date to February 3, 2025.  Defendant has graciously consented to this request.

As always, we thank the Court for its courtesies in this regard.

Very truly yours,

s/ Joseph G. Devine, Jr.
Joseph G. Devine, Jr.

Cc: All counsel of record via ECF

169 Ramapo Valley Road, Suite ML3, Oakland, New Jersey 07436