

| | |
|---|---|
| Michael Gottlieb | Alison Radowitz - Paralegal |
| Phone: (201) 644-0896 | Phone: (201) 644-0890 |
| Fax: (201) 465-3065 | Fax: (201) 465-3033 |
| mgottlieb@gottliebandgreenspan.com | aradowitz@gottliebandgreenspan.com |

January 24, 2025

**Via ECF**
Honorable Michael A. Hammer
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

     **RE**: Rowe Plastic Surgery of NJ LLC v. Leading Edge Administrators
        Docket No.: 2:24-cv-09533-JKS-MAH

Dear Judge Hammer,

  Kindly allow this letter to confirm that the parties have reached a settlement in principle with respect to the above-captioned matter. As such, we respectfully request that the Court enter a 60-day administrative termination order. We thank the Court for its courtesies in this regard.


               Very truly yours,

               s/Michael Gottlieb
               Michael Gottlieb




Cc: All counsel of record via ECF