UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROWE PLASTIC SURGERY OF NJ LLC,<br><br>Plaintiff,<br><br>-against-<br><br>LEADING EDGE ADMINISTRATORS,<br><br>Defendant. | Index No.: 2:24-cv-09533-JKS-MAH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Rowe Plastic Surgery of NJ LLC, by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant Leading Edge Administrators with prejudice. Each party shall bear their own costs.

Dated: Fair Lawn, New Jersey
       March 12, 2025

                                        GOTTLIEB AND GREENSPAN, LLC
                                        *Attorneys for Plaintiff*

                            By:   /s/ Joseph G. Devine, Jr.
                                  Joseph G. Devine, Jr.
                                  17-17 Route 208, Suite 250
                                  Fair Lawn, New Jersey 07410
                                  (201) 644-0894